KENJI M. PRICE #10523
United States Attorney
District of Hawaii

SEAN VAN DEMARK #10288
Assistant U.S. Attorney
United States Attorney's Office
District of Hawaii
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Email: Sean.Van.Demark@usdoj.gov

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Jan 17, 2020, 7:28 pm
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAG. NO. 20-00072KJM |
| | ) | |
| Plaintiff, | ) | CRIMINAL COMPLAINT; |
| | ) | AFFIDAVIT IN SUPPORT OF |
| v. | ) | CRIMINAL COMPLAINT |
| | ) | |
| MOAHENGI PAKILEATA, | ) | |
| | ) | |
| Defendant. | ) | |

## CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief.

## Count 1
## Hobbs Act Robbery
## (18 U.S.C. § 1951(a))

On or about August 11, 2019, within the District of Hawaii, MOAHENGI PAKILEATA, the defendant, did knowingly and intentionally obstruct, delay, and affect, and attempt to obstruct, delay and affect, commerce as that term is defined in Title 18, United States Code, Section 1951(b)(3), and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951(b)(1), in that PAKILEATA, did unlawfully take and obtain property, that is, United States currency, from the person and in the presence of an employee of the 7-Eleven convenience store located on Bougainville Drive in Honolulu, Hawaii, against the employee's will by means of actual and threatened force, violence, and fear of injury, immediate and future, to the employee's person by threatening serious physical injury or death to said employee.

All in violation of Title 18, United States Code, Sections 1951(a).

//

//

//

//

## Count 2
### Firearm Offense
(18 U.S.C. § 924(c)(1)(A)(ii))

On or about August 11, 2019, within the District of Hawaii, MOAHENGI PAKILEATA, the defendant, did knowingly use and carry a firearm during an in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, the Hobbs Act robbery alleged in Count 1 of this Criminal Complaint, which firearm was brandished.

All in violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

//

//

//

//

//

//

//

//

//

<u>Count 3</u>
Hobbs Act Robbery
(18 U.S.C. § 1951(a))

On or about January 12, 2020, within the District of Hawaii, MOAHENGI PAKILEATA, the defendant, did knowingly and intentionally obstruct, delay, and affect, and attempt to obstruct, delay and affect, commerce as that term is defined in Title 18, United States Code, Section 1951(b)(3), and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951(b)(1), in that PAKILEATA, did unlawfully take and obtain property, that is, United States currency, from the person and in the presence of an employee of the 7-Eleven convenience store located on Bougainville Drive in Honolulu, Hawaii, against the employee's will by means of actual and threatened force, violence, and fear of injury, immediate and future, to the employee's person by threatening serious physical injury or death to said employee.

All in violation of Title 18, United States Code, Sections 1951(a).

//

//

//

//

<u>Count 3</u>
Carjacking
(18 U.S.C. § 2119)

On or about January 13, 2020, within the District of Hawaii, MOAHENGI PAKILEATA, the defendant, with the intent to cause death or serious bodily harm, did take a motor vehicle that had been transported, shipped, and received in interstate of foreign commerce, namely, a 2006 green Volkswagen Golf sedan, from the person or presence of another, namely, the owner of the 2006 green Volkswagen Golf sedan, by force and violence or by intimidation.

All in violation of Title 18, United States Code, Section 2119.

DATED: January 17, 2020, Honolulu, Hawaii.

Christopher Tuitele
Special Agent, ATF
Complainant

Sworn to under oath before me telephonically and attestation acknowledged pursuant to FRCP 4.1(b)(2)

this 17th day of January, 2020, at Honolulu, Hawaii

Kenneth J. Mansfield
United States Magistrate Judge

KENJI M. PRICE #10523
United States Attorney
District of Hawaii

SEAN VAN DEMARK #10288
Assistant U.S. Attorney
United States Attorney's Office
District of Hawaii
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Email: Sean.Van.Demark@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) MAG. NO. |
|---|---|
| Plaintiff, | ) CRIMINAL COMPLAINT; |
|  | ) AFFIDAVIT IN SUPPORT OF |
| v. | ) CRIMINAL COMPLAINT |
| MOAHENGI PAKILEATA, | ) |
| Defendant. | ) |

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

**INTRODUCTION**

1. This affidavit is submitted for the purpose of establishing probable cause that on August 11, 2019 and January 12, 2020, within the District of Hawaii,

Moahengi PAKILEATA engaged in conduct that violated 18 U.S.C. § 1951(d), which make it a crime to interfere with interstate commerce by use of threat or force. That also, on January 13, 2020, within the District of Hawaii, Moahengi PAKILEATA engaged in conduct that violated 18 U.S.C. § 2119, which make it a crime to conduct a carjacking.

2. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), and have been employed since 2009. I have conducted multiple firearms-related investigations and obtained and executed both federal search and arrest warrants including those which involve Hobbs Act Robbery violations.

3. I am familiar with the facts set forth in this affidavit based upon my personal knowledge and/or information provided to me by other law enforcement personnel and/or witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the criminal complaint charging defendant with a violation of federal law. Accordingly, this affidavit does not set forth all of the facts known to me or to the FBI regarding this matter. Summaries and statements from conversations do not include references to all topics covered in the conversations. This affidavit is not intended to include each and every fact and matter observed or known by the government.

//

//

## PROBABLE CAUSE

### *7-Eleven Store Robbery on August 11, 2019*

4. On August 11, 2019, at approximately 3:05 am, two unknown males entered a 7-Eleven Store located at 4805 Bougainville Drive, Honolulu, Hawaii 96818. One male (hereinafter "Suspect 1") brandished what appeared to be a handgun and demanded money from the cashier. While the second male (hereinafter "Suspect 2") took cigarettes from behind the counter. Both suspects grabbed money from the cash register and fled the area. Suspect 1 also had a red backpack in his other hand.

5. HPD interviewed A.B., an employee of the 7-Eleven Store. A.B. related that two males came into the Store. Suspect 1 was holding what appeared to be a handgun, approached A.B. and yelled to open the register while pointing the gun at him/her. Suspect 2 jumped over the counter and grabbed Kool brand cigarettes from the back wall. Both suspects grabbed cash from the register.

6. 7-Eleven provided information that the total dollar amount taken during the robbery was $74.01, along with ten (10) packs of cigarettes.

7. An HPD Detective viewed surveillance footage from the 7-Eleven Store and observed Suspect 1 wearing a green color button down dress shirt, long black pants, and black shoes. Suspect 1 had a black t-shirt over his entire face with

only his eyes and eyebrows exposed. Suspect 1 had a dark complexion. Suspect 2 closely followed Suspect 1 into the store.

8.  Once both suspects were inside the store, Suspect 1 raised the handgun at chest height and pointed it in a direction to the left of the cash registers. Suspect 2 jumped over the cashier counter. Suspect 2 began to remove green packs of cigarettes from the back display shelf and walked back around the counter towards the front entrance. A.B. opened the cash register and Suspect 1 began to take the money out. Suspect 2 reached over the counter and removed the cash drawer from the register and placed it onto the counter. Suspect 2 also began to take money from the cash drawer. The Suspects then ran towards the Kentucky Fried Chicken (KFC) and out of sight.

### 7-Eleven Store Robbery on January 12, 2019

9.  On January 12, 2020, at approximately 1:40 am, a robbery occurred at the 7-Eleven store located at 4805 Bougainville Drive, Honolulu, Hawaii, 96818. The suspect, a male, wearing a gray, yellow and red aloha pattern shirt, entered the store with a black cloth covering his face, with his eyes and nose exposed. The male suspect also wore black gloves, long black pants, and dark colored shoes with an extended sole around the toes, and carried a knife in one hand and a black reusable bag with green coloring and yellow colored turtle figures in the other. The suspect yelled at R.T., an employee of 7-Eleven, to open the register. R.T.

4

rushed to register #2 and opened the till. The suspect grabbed the money and told R.T. to open register #1, but R.T. had a hard time opening it. The male then told R.T. to open the register. Another customer drove into the parking lot and the suspect ran out of the store.

10. R.T. approximated the amount of money taken from register #2 was less than $100. The suspect also grabbed an unknown amount of rolled up coins in the drawer next to register #2. The Store was secured from approximately 1:50 am to approximately 4:00 am, which prevented other customers from using the store. 7-Eleven later provided the amount of money taken from the register was $49.22.

11. HPD interviewed a witness, C.N., who observed a red Chrysler PT Cruiser park behind the 7-Eleven. C.N. observed what appeared to be a male exit from the driver side of the PT Cruiser. C.N. related the male ran around by the KFC and about a minute later ran back from the opposite side of the 7-Eleven Store. The male then entered the PT Cruiser on the driver's side and drove away. C.N. related that when the vehicle passed, he/she observed the driver remove a black mask and saw the male's face. C.N. described the driver as a Polynesian male in his twenties with shoulder length curly hair.

### Suspect Vehicle Information

12. An HPD Officer familiar with this investigation reviewed surveillance footage of the robbery at 7-Eleven that occurred on January 12, 2020. That HPD

Officer identified that the suspect bore a strong resemblance to Suspect 1 of the robbery that occurred on August 11, 2019 at the same 7-Eleven. Through police contact information and comparison of Suspect 1's appearance, the HPD Officer identified Moahengi PAKILEATA as a possible suspect. The robbery suspect on January 12, 2020, also matched PAKILEATA's appearance. PAKILEATA's social media posts depicted him wearing the same style of clothing, to include long black pants and dark colored shoes with an extended sole at the tip, as the robbery suspect.

13. On January 13, 2020, an HPD Officer made checks of 1116 Pakini Street, Honolulu, Hawaii 96818, which was the address listed for PAKILEATA. The HPD Officer observed a 2005 red Chrysler PT Cruiser bearing Hawaii license plate NVZ246 parked in the open carport of the residence. The registered owner of the PT Cruiser is PAKILEATA's mother. That HPD Officer stood on the sidewalk fronting 1116 Pakini Street, Honolulu, Hawaii 96818, and could view inside the rear compartment of the PT Cruiser. On the floor of the compartment, the HPD Officer observed a blue and white composition book labeled with the name "Moahengi PAKILEATA".

//
//
//

*Interstate Commerce*

14.    Based on my knowledge and previous investigations into Hobbs Act Robberies of 7-Eleven Stores, I know that 7-Eleven engages in the business of selling products and merchandise that are transported in interstate commerce.

*Carjacking*

15.    On January 13, 2020, HPD interviewed C.L., the victim of a carjacking. According to C.L., at approximately 8:00 pm, he/she was parked at the backside of the University of Hawaii at Manoa Frear Hall located at 2569 Dole Street, Honolulu, Hawaii 96822. C.L. observed an unknown male sitting on the benches fronting his/her vehicle. C.L. looked down, and heard the male knocking on his/her driver window. C.L. slightly opened his/her driver window and observed the male standing outside holding a kitchen knife at his hip, pointed towards C.L. The male told C.L. to get out of the vehicle. C.L. grabbed a few belongings and exited the vehicle. The male entered the vehicle and drove away.

16.    C.L. described the male as Polynesian, mid-twenties, 6'0"-6'2" tall, 180-200 pounds, black short hair, and tan complexion with pock marks on his face. The male wore a white long sleeve shirt, unofficial looking badge on the left breast area, and long black pants. The knife the male used was described as a 12 inch non serrated kitchen knife, similar to that of a chef's knife. C.L.'s vehicle is described as a 2006 green Volkswagen Golf sedan bearing Hawaii license plate SPV508.

7

### *Recovery of Stolen Vehicle*

17.   On January 15, 2020, at approximately 3:00 pm, an HPD Officer was conducting checks in the area of Pakini Street, where PAKILEATA lives, when he observed the stolen Volkswagen, parked in the vicinity of PAKILEATA's residence. The Volkswagen was located on Keaka Drive. That HPD Officer was familiar with the 7-Eleven robbery that occurred on the January 12, 2020 and the carjacking that occurred on January 13, 2020, and recognized similarities between the suspects in both cases. The HPD Officer subsequently lost sight of the Volkswagen and it is unknown who drove the vehicle away.

18.   On January 16, 2020, at approximately 1:30 am, an HPD Officer was conducting checks of the Salt Lake area and observed the Volkswagen bearing Hawaii license plate SPV508 parked and occupied on the curbside opposite 4340 Malaai Street, Honolulu, Hawaii 96818. The vehicle was later returned to C.L.

### *Vehicle in Commerce*

19.   An online query of the manufacturing plants of Volkswagen vehicles indicted that there were none located in the State of Hawaii. Volkswagen manufacturing plants are located in many countries around the world. Therefore, if a Volkswagen vehicle were possessed in Hawaii, it would have had to travel in interstate and/or foreign commerce.

//

### *Interview of M.P.*

20. On January 16, 2020, HPD interviewed M.P., a relative of PAKILEATA. HPD showed M.P. surveillance footage and photographs from both the August 11, 2019 and January 12, 2020 robberies of 7-Eleven. M.P. positively identified Suspect 1 in both robberies as PAKILEATA. M.P. recognized the green shirt PAKILEATA was wearing during the robbery on August 11, 2019. M.P. recognized the small green bag with turtle prints PAKILEATA was holding during the January 12, 2020 robbery and stated that it was at the residence PAKILEATA lives at. M.P. also informed the Detectives that he/she had a firearm that was registered to him/her, but that he/she did not know where the firearm was. Following the interview, while an HPD Detective accompanied M.P back to his/her car, M.P. informed the Detective that PAKILEATA should still be at home in PAKILEATA's room. M.P. also informed the Detective that PAKILEATA is a security guard, and described PAKILEATA's uniform as white with a collar.

21. Your affiant later learned that M.P. has a Beretta pistol, model 96 registered to him/her.

### *Federal Search Warrant*

22. On January 16, 2020, a federal search warrant was conducted at PAKILEATA's residence located at 1116 Pakini Street, Honolulu, Hawaii 96818. Amongst other items, the following items were recovered as evidence to the

aforementioned violations:

- One (1) green with white stripes button down collared shirt consistent with the suspect shown on surveillance video recorded during the August 12, 2019 7-11 robbery.

- One (1) pair of dark colored shoes with an extended sole tip consistent with shoes described to be used during the January 12, 2020 robbery.

- One (1) black reusable bag printed with turtle figures consistent with surveillance video recorded during the January 12, 2020 7-11 robbery.

- One (1) Aloha print shirt consistent with surveillance video recorded during the January 12, 2020 7-11 robbery.

- One (1) black t-shirt consistent with surveillance video recorded during the 7-11 robberies.

- One (1) kitchen type knife not serrated, approximately 8-10 inches in length, consistent with surveillance video recorded during the January 12, 2020 7-11 robbery, and witness description from the January 13, 2020 carjacking incident.

- One (1) white colored button down collared security uniform type shirt with a "G4S" badge affixed to the left chest area of the shirt, consistent with witness description from the January 13, 2020 carjacking incident.

- One (1) pair of black long pants consistent with those described during all three incidents.

- One (1) black car key and key fob combo, later identified by the victim as the key taken during the carjacking incident.

23. On January 17, 2020, Moahengi PAKILEATA was positively identified in a physical line-up by two witnesses from the carjacking incident.

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

## CONCLUSION

24.  Based on the foregoing facts, I respectfully submit that probable cause exists to believe that Moahengi PAKILEATA, the defendant, committed the aforementioned offenses.

Respectfully submitted,

_____
Christopher Tuitele
Special Agent
Alcohol, Tobacco, Firearms and Explosives

This Criminal Complaint and Affidavit in support thereof were presented to, approved by, and probable to believe that the defendant above-named committed the charged crime found to exist by the undersigned Judicial Officer at __7:36 pm__ on __January 17__, 2020.

Sworn to under oath before me telephonically and attestation acknowledged pursuant to FRCP 4.1(b)(2),
this __17__ th day of __January__, 2020.



_____
Kenneth J. Mansfield
United States Magistrate Judge