KENJI M. PRICE #10523
United States Attorney
District of Hawaii

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Nov 05, 2020, 4:09 pm
Michelle Rynne, Clerk of Court

MARK A. INCIONG    CA BAR #163443
Assistant U.S. Attorney
United States Attorney's Office
District of Hawaii
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Email:  Mark.Inciong@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. **20-00110 JMS** |
| Plaintiff, | INFORMATION |
| vs. | 18 U.S.C. §§ 1951(a) and 2119 |
| MOAHENGI PAKILEATA, | |
| Defendant. | |

INFORMATION

The U.S. Attorney charges:

Count 1
Hobbs Act Robbery
(18 U.S.C. § 1951(a))

On or about August 11, 2019, within the District of Hawaii, MOAHENGI PAKILEATA, the defendant, did knowingly and intentionally obstruct, delay, and affect, and attempt to obstruct, delay and affect, commerce as that term is defined in Title 18, United States Code, Section 1951(b)(3), and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951(b)(1), in that PAKILEATA, did unlawfully take and obtain property, that is, United States currency, from the person and in the presence of an employee of the 7-Eleven convenience store located on Bougainville Drive in Honolulu, Hawaii, against the employee's will by means of actual and threatened force, violence, and fear of injury, immediate and future, to the employee's person by threatening serious physical injury or death to said employee.

All in violation of Title 18, United States Code, Section 1951(a).

//

//

//

//

<u>Count 2</u>
Carjacking
(18 U.S.C. § 2119)

On or about January 13, 2020, within the District of Hawaii, MOAHENGI PAKILEATA, the defendant, with the intent to cause death or serious bodily harm, did take a motor vehicle that had been transported, shipped, and received in interstate of foreign commerce, namely, a 2006 green Volkswagen Golf sedan, from the person or presence of another, namely, the owner of the 2006 green Volkswagen Golf sedan, by force and violence or by intimidation.

All in violation of Title 18, United States Code, Section 2119.

DATED: November 5, 2020, at Honolulu, Hawaii.

KENJI M. PRICE
United States Attorney
District of Hawaii

MARK A. INCIONG
Assistant United States Attorney

<u>UNITED STATES v. MOAHENGI PAKILEATA</u>
Cr. No. _____
"Information"

3